RECEIVED
IN LAKE CHARLES, LA

APR 12 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAKE CHARLES DIVISION

| | | |
|---|---|---|
| JANETTE HEBERT | : | DOCKET NO. 06-160 |
| VS. | : | JUDGE TRIMBLE |
| UNITED STATES POSTAL SERVICE AND KAREN DOUGLAS | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT

For the reasons set forth in the Memorandum Ruling of this date,

**IT IS ORDERED, ADJUDGED AND DECREED** that the motion to dismiss (doc. #5) is hereby **GRANTED** and the Complaint is dismissed without prejudice.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 12th day of ~~March~~ April, 2006.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE